# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

128179

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DIETRICH & ASSOCIATES,
      Plaintiff-Appellant,

v

                               SC: 128179
                               COA: 250702
                               Oakland CC: 03-049879-CK

CAROLYN ROGERS, GEOFFREY
FIEGER, and FIEGER, FIEGER,
KENNEY & JOHNSON, P.C.,
         Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the January 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

s1024